**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jeron Cook, Appellant.

Appellate Case No. 2010-160526

———————

Appeal From Sumter County
W. Jeffrey Young, Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-349
Submitted August 1, 2013 – Filed September 4, 2013

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert Michael Dudek,
Appellate Defender Breen Richard Stevens, and
Appellate Defender Benjamin John Tripp, all of
Columbia, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy
Attorney General John W. McIntosh, and Deputy
Attorney General Salley W. Elliott, all of Columbia; and
Ernest Adolphus Finney, III, of Sumter, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.